# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANDREW RICHARDS,**

           **Plaintiff,**

-vs-                                            **Case No. 6:06-cv-1709-Orl-28JGG**

**ORANGE COUNTY SHERIFF'S OFFICE,**

           **Defendant.**

---

# ORDER

This case is before the Court on Plaintiff's Application for Leave to Proceed *In Forma Pauperis* (Doc. No. 2) filed November 3, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be denied and this case dismissed.

After an independent *de novo* review of the record in this matter, and consideration of the objections filed by Plaintiff (Docs. 17, 18 and 19[1]), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed February 27, 2007 (Doc. No. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Application To Proceed *In Forma Pauperis (Doc. 2)* is **DENIED**.

---

[1] Doc. 19 is titled "Request That Court Take Mandatory Judicial Notice Under Evidence Code § 201(d) of Facts and Law Regarding the Case and the Intent of the Legislature. " The Court treats this as an additional objection to the Report and Recommendation.

3.  This case is **DISMISSED** without prejudice for lack of subject matter jurisdiction, failure to state a claim, and frivolousness pursuant to 28 U.S.C. § 1915(e)(2).

4.  All pending motions are **DENIED** as moot.

5.  The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 6th day of April, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party